# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| STARLA TABB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:16-cv-01025-JEO |
| | ) |
| CACH, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

A joint stipulation of dismissal has been filed in this action, signed by counsel for all parties who have appeared. (Doc. 15). Such a stipulation is effective without a court order. *See* FED. R. CIV. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). Accordingly, this action is DISMISSED WITH PREJUDICE, with the parties to bear their own respective fees, costs, and expenses. The clerk is DIRECTED to close the file.

**DONE** this 1st day of December, 2016.

*John E. Ott*

**JOHN E. OTT**
Chief United States Magistrate Judge